

# Brian W. Crotty, ASA, CBA, CFE, CDFA, MBA

Mr. Crotty is a Director with HDH Advisors, LLC with over ten years of experience in business appraisals, litigation support, corporate finance and an additional two years of experience in the legal research and support field. Mr. Crotty has testified as an expert witness in various court proceedings throughout the state of Iowa. Mr. Crotty is the only business appraisal expert in the state of Iowa trained in Mediation, Collaborative Law and court appointed as Special Master on Valuation and Forensic Accounting in the Iowa Business Specialty Court Pilot Project.

## Relevant Experience

**HDH Advisors, LLC** 2011 - Present
**Director / Mediator, West Des Moines, Iowa**

As a Director with HDH Advisors, Mr. Crotty practice specializes in providing Business Appraisals and Litigation Support for complex business litigation and marital dissolutions. Mr. Crotty has performed numerous valuations for companies in various industries and sizes, including companies with revenue exceeding billions of dollars per year.

The primary purpose for these services included:

- Marital dissolution
- Mergers & Acquisitions
- Gift and Estate tax planning
- ESOP's
- Commercial Litigation
- Economic Damages and Lost Profits
- Forensic Accounting
- Condemnation purposes
- Fairness and Solvency Opinions
- Patent and other Intangible Asset Damage Claims
- Intangible Asset Valuations and related services for financial reporting
- Testifying to support the conclusions found

Mr. Crotty has extensively prepared full valuation reports that adhered to Revenue Ruling 59-60, the Uniform Standards of Professional Appraisal Practice ("USPAP"), and the American Institute of CPAs ("AICPA") Statement of Standards for Valuation Services. Mr. Crotty has also prepared expert reports for wrongful death and injury related damages, lifestyle analyses, and estimated after-tax income available for alimony and child support. Mr. Crotty provides mediation services as a roster mediator in the Fifth District of Iowa.

## Additional Experience

**Des Moines Area Community College ("DMACC")** 2013 - 2014
**Adjunct Accounting Faculty, West Des Moines, Iowa**

**Clifton Gunderson, LLP** 2006 – 2011
**National Valuation Consulting Group**
**Cedar Rapids & West Des Moines, Iowa**

**RSM McGladery, Inc** 2003 – 2006
**Business Valuation and Litigation Support Group**
**Cedar Rapids, Iowa**

**Bray & Klockau, PLC,** 2001-2003
**Paralegal**
**Iowa City, Iowa**

## Certifications, Memberships and Civic Leadership

- Accredited Senior Appraiser ("ASA") in Business Valuation, American Society of Appraisers
- Certified Business Appraiser ("CBA"), Institute of Business Appraisers ("IBA")
- Certified Fraud Examiner ("CFE"), Association of Certified Fraud Examiners ("ACFE")
- Certified Divorce Financial Analyst ("CDFA"), Institute for Divorce Financial Analysts
- Candidate Member, National Association of Certified Valuators and Analysts ("NACVA")
- Member, Iowa/Nebraska ASA Chapter; Past-Chair, President, Vice President, Secretary and Treasurer
- Member, ACFE Des Moines Chapter; Past-Vice President and Treasurer
- Member, AICPA Business Valuation and Forensic & Valuation Services Specialty Area
- Member, Iowa/Nebraska Chapter of the ESOP Association
- Member, National Center for Employee Ownership
- Tax Committee Member & Membership Ambassador, Iowa Association of Business and Industry; Leadership Iowa Class of 2015-2016
- Member, West Des Moines Chamber of Commerce; West Des Moines Leadership Academy Class of 2014-2015
- Member, The Greater Des Moines Partnership
- Community Foundation of Greater Des Moines; Mentee, Community Connect: Mentors Inspiring Success Class of 2014
- Member, Mid-Iowa Estate and Financial Planners
- Member, International Academy of Collaborative Professionals
- Interdiciplinary Chair, Collaborative Lawyers of Eastern Iowa
- Treasurer, Central Iowa Academy of Collaborative Professionals
- Member, New View-West Des Moines Young Professionals
- Board of Directors and Treasurer, Young Professionals of Iowa
- Board of Directors, Polk County I-Club

## Certifications, Memberships and Civic Leadership (continued)

- 4th Degree Knight, Knights of Columbus-Saint Francis of Assisi Catholic Church
- Knight of Magistral Grace, Sovereign Order of St. John of Jerusalem of Rhodes and Malta
- Member, 100 Men On a Mission
- Member, Rotary Club of West Des Moines

## Education

University of Iowa – Henry B. Tippie College of Business
- Bachelor of Business Administration ("BBA"), Finance

University of Phoenix
- Masters of Business Administration ("MBA"), Accounting

Continuing Professional Education ("CPE")
- Over 500 hours of CPE in Business Appraisal, Litigation Support and Forensic Accounting

## Presentations, Articles & Media

Continuing Legal Education ("CLE"), CPE, and Other Educational Presentations to numerous law firms and banks. Program Author for many CLE Seminars – Business Appraisal, Litigation Support and Forensic Accounting

"Financial Fundamentals in Divorce" – Central Iowa Academy of Collaborative Professionals

"Top 10 Things to Look out for in Financial Cases" – ISBA 5th District Mediation Training

"What You Always Wanted to Ask a Finanacial Expert But Were Afraid to Ask" – ISBA 2015 Annual Seminar (West Des Moines)

"Inaccurate Valuation of Assets"-National Business Institute CLE (Cedar Rapids and Des Moines)

"Divorce Law: Comon Mistakes in Dividing Assets-Failure to Equitably Distribute Assets"-National Business Institute CLE (Cedar Rapids and Des Moines)

"Structuring Financial Settlements in Family Law Cases" - ISBA 2015 Nuts & Bolts Seminar – Central Iowa (Coralville and Des Moines)

"Valuation Issues and IRS Update"-Mid-Iowa Estate & Financial Planners

"Cross Examination of Business Valuation Experts"-Johnson County Bar Association

"Litigation Techniques – Presenting Your Case to the Judge"-National Business Institute CLE

## Presentations, Articles & Media (continued)

"How to Utilize Financial Experts and Case Law Update"-Polk County Bar Association Family Law Committee

"Advanced Family Law: Navigating Complex Asset Cases"-National Business Institute CLE

"Family Dynamics and Estate Planning in Family Owned Businesses"-Cedar Rapids Estate Planning
Council

"Principles of Fraud Examination"-University of Northern Iowa College of Business

"Calculating Income for Determining Alimony and Child Support"-Scott County Bar Association

"How not to Fall off the Fiscal Cliff"-*Business Record*

"Nuts and Bolts of Divorce Law", Dividing and Protecting Assets/Identifying Tax Consequences of Divorce-National Business Institute CLE

"Obtaining the Best Divorce Settlement for your Client in Iowa"-National Business Institute CLE

"Forensic Accounting and Valuation in Divorce"-National Business Institute CLE

"Retirement and Pension Issues"-National Business Institute CLE

"The New American Institute of Certified Public Accounts (AICPA) Statement of Standards for Valuation Services"-Johnson County and Polk County Lawyers

"Tax Aspects of Divorce"-National Business Institute CLE

"The Consulting Profession and Litigation Support"-Interview on Mediacom Public TV

"Valuation Techniques and Trends in Estate Planning"-Mid-Iowa Estate and Financial Planners Meeting

"Fair and Equitable Asset and Liability Division"-National Business Institute CLE

"Fundamentals of Fraud"-University of Northern Iowa MBA Class

"Successful Settlements for Your Divorce Client"-National Business Institute CLE

"Forensic Accounting"-Interview on Mediacom Public Access TV

## Presentations, Articles & Media (continued)

"Fundamentals of Consulting, Business Appraisal & Forensic Accounting"-Iowa State University MBA Class

"Preparing for Court/Mediation with Expert Witnesses"-National Business Institute CLE

"Family Law Case Update"–Story County Farmily Law Committee

"Valuation of Assets and Division of Property"-National Business Institute Divorce Law Guide from A to Z CLE

"Forensic Accounting a Growing Field in the Battle against Fraud"-*Cedar Rapids Gazette*

"Tax Consequences for Divorce Cases in Iowa"-National Business Institute CLE

"Forensic Accounting for Alimony and Child Support"-Polk County Family Law Committee

"Business Consulting, Business Valuation and Litigation Support"-University of Iowa/Beta Alpha Psi Business Fraternity

"Consumer Awareness: Changes in Bankruptcy Laws"-Live TV Interview on KGAN-CBS Affiliate

"Family Law Case Update"- Johnson County Bar Association Family Law Committee

"Basics of Business Valution for Mediators"-The Compassionate Mediator training

"Healthcare Valuation & Medical Practices"-CPA Associates International , Inc. webinar

"Fraud and Cyber Security"-*Edge Business Journal*

"Forensic Accounting: Dynamics of Fraud"-Institute of Management Accountants CPE

"How Fraud Impacts Different Areas of Law"-Iowa Association of Legal Assistants

"Consumer Awareness: When to Speak with a Consultant"-Live TV Interview on KGAN-CBS Affiliate

"Ethics: Tax Preparer Penalties and Implementation of IRC 7216"-Iowa State Bar Association Spring Tax Seminar

"Gift and Estate Tax Planning"-Clinton County Estate Planning Council

"The Smoking Gun: Analyzing a Tax Return to Assist for Determining Alimony and Child Support"-Iowa State Bar Association CLE

## Expert Witness Testimony (Previous Four (4) Years)

*Michael Malena vs. Mariellen Malena*
Testimony regarding the business appraisal of Band Box, Inc.
CDDM041061, Dissolution of Marriage

*Erin Steifeldt v. Brian Steinfeldt*
Testimony regarding cash flow from A Cut Above Lawncare and Landscaping, LLC for Child Support
CDCD082430, Dissolution of Marriage

*Northpark Real Estate Investors, LLLP v. Cold Stone Creamery, Inc.; Midwest Creamery, Inc.*
Testimony regarding economic damages
LACL130123, Breach of Contract

*Carmelo Martinez vs. Brianne Martinez*
Testimony regarding the business appraisal of CS3, LLC, Euro-Latino, Inc. and Euro Latino West, Inc.
CDCD086923, Dissolution of Marriage

*David Wheatcraft vs. Midwest Sleep Services, Inc. and Quality Medical Services, Inc.*
Testimony regarding the business appraisal of Midwest Sleep Services, Inc. and Quality Medical Services, Inc.
LACV121752, Shareholder Dispute

*Lisa Hoover vs. Toby Ames*
Testimony regarding after-tax cash flow calculations from T.A. Services for alimony and child support
EQCE028593, Dissolution of Marriage

*Melanie Murray vs. Kenneth Murray*
Testimony regarding after-tax cash flow calculations of Murray's Welding & Machine for child support
CDDM037973, Dissolution of Marriage

*Robert Gannon et al. vs. Gannon Farm, Inc. et al.*
Testimony regarding the business appraisal of Gannon Farm, Inc.
EQCV117847, Shareholder Dispute

*Elizabeth Wood Faidley vs. Daniel Faidley*
Testimony regarding after-tax cash flow calculations for alimony
CDCD088180, Dissolution of Marriage

## Expert Witness Testimony (continued)

*Beverly Kubik vs. Douglas Kubik*
Testimony regarding forensic analysis for asset settlement
DACV034631, Dissolution of Marriage

*Eden Natural, LLC vs. Kelly Biensen and Eden Farms, LLP*
Testimony regarding the business appraisal of Eden Natural, LLC.
EQCV117983, Shareholder Dispute

*Audrey Saftlas vs. John Chaloupka*
Testimony regarding after-tax cash flow calculations for alimony
CDDM016736, Dissolution of Marriage

*Mackenzie Edwards vs. Keith Edwards*
Testimony regarding the business appraisal of K&K Partners, LLC, GREK, LC, Edgewater Investors, LC, Kedami, LLC, Riverbend Investments, LC.
CDDM002977, Dissolution of Marriage

*Judith Rudman vs. Robert Rudman*
Testimony regarding the business appraisal of Ames Oral Surgeons, PC and after-tax cash flow calculations for alimony and child support.
CDDM011478, Dissolution of Marriage

*Angela Allebach vs. Richard Allebach,*
Provided Testimony regarding the business appraisal of Daba, Inc., Allebach-Young Properties and after-tax cash flow calculations for alimony and child support
CDDM032202, Dissolution of Marriage

*Felisa McGarity vs. Leroy McGarity*
Provided Testimony regarding the business appraisal of Pinnell Brown Construction, L/M Ventures, BR Group & Brown Associates, Icon Development, after-tax cash flow calculations for alimony and forensic analysis.
CDDM72501, Dissolution of Marriage.

*The Estate of Julia Horak*
Provided Testimony regarding forensic analyis for Hupp Electric Motors.
ESPR6864, Breach of Fiduciary Duty

*Tracy Stumpf vs. Rod Stumpf*
Provided Testimony regarding the business appraisal of Stumpf Concrete
CDCV003814, Dissolution of Marriage

## Expert Witness Testimony (continued)

*Christian Martin vs. Sara Martin*
Provided Testimony regarding the business appraisal of MPM, Ames Cleaning, South I 1165 Co-op, Jensen Martin Properties, West Street, Riverview of Ames Co-op, West Street Coop, Hunt Street Co-op, South Campus Area Betterment Society, LC, after-tax cash flow calculations for alimony and forensic analysis.
CDDM010006, Dissolution of Marriage

*Joni Jones vs. Frank Schmidt*
Provided Testimony regarding after-tax cash flow calculations for alimony.
CDDM014557, Dissolution of Marriage

*Kyle Stone vs. Dawn Stone*
Provided Testimony regarding the business appraisal of A-Line Metals, Inc.
CDDM047025, Dissolution of Marriage

*Martha Parsons vs. Michael Odell and the Michael Odell Revocable Trust*
Provided Testimony regarding forensic analysis and insolvency opinion.
CVCV061121, Breach of Contract

*Raquel Chipokas vs. Mark Chipokas*
Provided Testimony regarding the business appraisal of Chipokas Properties, LC, Chipokas Development, LLC, Pujols Park, LC and pension valuation.
CDDM0353639, Dissolution of Marriage