# DANIEL JOSEPH SPITZ, M.D.

## ADDRESSES

**OFFICE:**
34051 South Gratiot Avenue, Suite 202
Clinton Township, Michigan 48035
Telephone: (586) 791-6700
Telephone: (313) 806-2002 (direct)
Fax: (586) 791-6701
Email: danspitz@aol.com

**HOME:**
66 Stephens Road
Grosse Pointe Farms, Michigan 48236
Telephone: (313) 882-2920
Email: danspitz@aol.com



## PERSONAL DATA

Married with Three Children

## EDUCATION

| | |
|---|---|
| 1991 - 1995 | **Wayne State University School of Medicine**<br>Detroit, Michigan<br>Degree: Doctor of Medicine |
| 1987 - 1991 | **Albion College**<br>Albion, Michigan<br>Degree: Bachelor of Arts<br>Major: Biology |
| August - December 1989 | **Tulane University**<br>New Orleans, Louisiana<br>(Semester Program) |

## POSTGRADUATE TRAINING

| | |
|---|---|
| 2000 - 2001 | **Forensic Pathology Fellow, Office of the Medical Examiner** <br> Miami-Dade County, Florida |
| 1996 - 2000 | **Resident, Department of Pathology (Anatomic & Clinical Pathology)** <br> **Rush Presbyterian-St. Luke's Medical Center** <br> Chicago, Illinois |
| 1995 - 1996 | **Surgical Internship, Department of General Surgery** <br> **Rush Presbyterian-St. Luke's Medical Center** <br> Chicago, Illinois |

## BOARD CERTIFICATION

| | |
|---|---|
| November 2001 | **American Board of Pathology, Forensic Pathology** |
| September 2000 | **American Board of Pathology, Anatomic Pathology & Clinical Pathology** |
| September 1997 | **National Board of Medical Examiners** |

## ACCREDITATION

| | |
|---|---|
| June, 2014 - Present | **Full Accreditation, National Association of Medical Examiners (NAME)** <br> **Macomb County Medical Examiner's Office** <br> Macomb County, Michigan |

## CURRENT MEDICAL EXAMINER and ACADEMIC APPOINTMENTS

| | |
|---|---|
| 2012 - Present | **Chief Medical Examiner & Administrator/Director** <br> **Office of the Medical Examiner** <br> Macomb County, Michigan |
| 2004 - 2012 | **Chief Medical Examiner, Office of the Medical Examiner** <br> Macomb County, Michigan |
| 2006 - Present | **Chief Medical Examiner, Office of the Medical Examiner** <br> St. Clair County, Michigan |

| | |
|---|---|
| 2004 - Present | **Clinical Assistant Professor**<br>Department of Pathology, Wayne State University School of Medicine<br>Detroit, Michigan |
| 2005 - Present | **Clinical Assistant Professor**<br>Department of Fundamental and Applied Sciences, Wayne State University<br>Detroit, Michigan |
| 2006 - Present | **Staff Physician, Department of Pathology**<br>**Port Huron Hospital**<br>Port Huron, Michigan |
| 2008 - Present | **Adjunct Faculty / Instructor**<br>Macomb Community College<br>Warren, Michigan |
| 2009 - Present | **Clinical Educator**<br>Michigan State University School of Medicine<br>East Lansing, Michigan |

## CONSULTING POSITIONS

| | |
|---|---|
| 2006 - Present | **Medicolegal and Forensic Science Consultant**<br>**MSNBC, CNN, CNN Headline News, Court TV, Fox News Channel**<br>New York, New York and Altanta, Georgia |
| 2009 - Present | **Forensic Pathology and Forensic Science Consultant**<br>**CSI (Crime Scene Investigation) and CSI Miami, CBS Television Network**<br>Los Angeles, California |

## PREVIOUS MEDICAL EXAMINER APPOINTMENTS

| | |
|---|---|
| 2001 - 2004 | **Associate Medical Examiner, Medical Examiner Department**<br>Hillsborough County, Florida |
| 2001 - 2004 | **Associate Director, Forensic Pathology Fellowship Training Program**<br>Hillsborough County, Florida |
| 2003 - 2004 | **Associate Medical Examiner, District 12 Medical Examiner Department** |

3

Sarasota, Manatee and DeSoto Counties, Florida

2000 - 2001  **Associate Medical Examiner, Medical Examiner Department**
Miami-Dade County, Florida

## OTHER PREVIOUS APPOINTMENTS

2010 - 2013  **Clinical Laboratory Director, Health Department**
St. Clair County, Michigan

2004 - 2005  **Forensic Science Instructor, Criminal Justice Department**
St. Petersburg College, St. Petersburg, Florida

2002 - 2005  **Consultant Forensic Pathologist, Tampa Pathology Laboratories**
Tampa, Florida

2001 - 2004  **Assistant Professor of Pathology and Laboratory Medicine**
University of South Florida, College of Medicine
Tampa, Florida

1999 - 2000  **Chief Resident, Department of Pathology**
Rush Presbyterian-St. Luke's Medical Center
Chicago, Illinois

1998 - 2000  **Staff Pathologist, Christ Hospital and Medical Center**
Oak Lawn, Illinois

1998 - 2000  **Research Associate, Rush Alzheimer's Disease Center**
Chicago, Illinois

1997 - 2000  **Pathology Laboratory Instructor, Rush Medical College**
Chicago, Illinois

August 1987  **Recovery Team, Northwest Airlines Plane Crash - Flight 255**
Detroit, Michigan

## MEDICAL LICENSES

- Michigan: 4301081020 - 2002 to present
- Florida: ME 82382 - 2001 to present
- Illinois: 36-096963 - 1996 - 2003 (Inactive Status)

4

## EDITORIAL BOARD of EDITORS

| | |
|---|---|
| 2005 - Present | **American Journal of Forensic Medicine and Pathology**<br>Philadelphia, Pennsylvania |

## COMMITTEE APPOINTMENTS

| | |
|---|---|
| 2006 - Present | **Anatomic Pathology Assistant Program, Advisory Committee**<br>Wayne State University, Detroit, Michigan |
| 2005 - Present | **Michigan Child Death Review, Consultant**<br>St. Clair County, Michigan |
| 2004 - Present | **Michigan Child Death Review, Consultant**<br>Macomb County, Michigan |
| 2002 - 2004 | **Pathology Residency Committee, University of South Florida College of Medicine**<br>Tampa, Florida |
| 2002 - 2004 | **Florida Child Protection Team, Consultant**<br>Hillsborough County, Florida |
| 2002 - 2004 | **Disciplinary Hearing Officer**<br>Hillsborough County, Florida |
| 1997 - 2000 | **Admissions Committee, Rush Medical College**<br>Chicago, Illinois |
| 1997 - 2000 | **Surgical Procedure Review Committee, Rush Presbyterian - St. Luke's Medical Center**<br>Chicago, Illinois |

## AWARDS / ACHIEVEMENTS

| | |
|---|---|
| May, 2009 | **Distinguished Service Award, Port Huron Police Department** |
| January, 2009 | **Featured Medical Examiner – *Dead Men Talking***<br>Three Part Documentary Series - MSNBC Cable Network |

# INVITED LECTURES / PANEL DISCUSSIONS / SEMINARS

- *Forensic Investigation of Fire Deaths:* St. Clair County Fire Training Seminar, Port Huron, Michigan, January 17, 2015

- *Forensic Death Investigation:* Wayne State University Dept. of Fundamental and Applied Sciences, Detroit, Michigan, July 2, 2014

- *Forensic Pathology and Scene Investigation:* Detective Training Seminar, Mt. Clemens, Michigan, March 26, 2014

- *Child Deaths; Investigation Approach and Pitfalls:* Macomb County Sheriff Department, Mt. Clemens, Michigan, October 25, 2013

- *Wound Pattern Recognition and Injury Analysis:* Wayne State University Dept. of Fundamental and Applied Sciences, Detroit, Michigan, July 14, 2013

- *Forensic Pathology – Application for First Responders*, Training Series, St. Clair Shores Fire Department, St. Clair Shores, Michigan, May 28, 2013

- *Infant and Child Death Investigation:* CTC Training Specialties, Clinton Township, Michigan, October 9, 2012

- *Forensic Death Investigation:* Wayne State University Dept. of Fundamental and Applied Sciences, Detroit, Michigan, July 18, 2012

- *Asphyxiation, Rape, Homicide:* 35th Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, May 4, 2012

- *Forensic Case Presentation:* 35th Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, May 3, 2012

- *Death Investigation in Michigan-What All Residents Should Know:* Grosse Pointe Crisis Club, February 16, 2012

- *Forensic Pathology and Duties of Medical Examiner:* Wake-Up Wednesday, Grosse Pointe Yacht Club, Grosse Pointe, Michigan, December 14, 2011

- *Death Investigation, Injury Analysis and Evidence Collection for First Responders:* Southwest Michigan 3rd Annual Botsford Hospital EMS Expo, Novi, Michigan, October 12, 2011

- *Asphyxiation, Rape, Homicide:* 35th Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, May 6, 2011

- *Forensic Case Presentation:* 35th Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, May 5, 2011

- *Wound Pattern Recognition and Injury Analysis:* Wayne State University Dept. of Fundamental and Applied Sciences, Detroit, Michigan, July 14, 2010

- *Medical Examiner Scene Investigator (MESI) Training Program, St. Clair County:* Course Director, Port Huron Hospital, Port Huron, Michigan, May, 2010

- *Interpretation of Patterned Injuries:* Sexual Assault Nurse Examiner (SANE) Seminar, Mt. Clemens, Michigan, April 28, 2010

- *Rape/Homicide and Collection of Evidence:* 34th Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, April 21, 2010

- *Interpretation of Injuries Caused by Firearms,* 34th Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, April 22, 2010

- *Forensic Pathology and Death Investigation,* Science Seminar, Grosse Pointe North High School, Grosse Pointe, Michigan, December 17, 2009

- *Forensic Pathology, Toxicology and Death Investigation:* Year II Pathology Course, Wayne State University School of Medicine, Detroit, Michigan, November 19, 2009

- *Forensic Pathology and Death Investigation,* Science Seminar, Grosse Pointe North High School, Grosse Pointe, Michigan, May 20, 2009

- *Forensic Pathology and Medical Examiners: What the Public Needs to Know,* 4th Annual Crime Victims' Rights Week Seminar, Clinton Township, Michigan, April 30, 2009

- *Interpretation of Injuries Caused by Firearms,* 33rd Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, April 24, 2009

- *Rape/Homicide and Collection of Evidence:* 33rd Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, April 24, 2009

- *Investigation of Deaths in Childhood - From SIDS to Shaking*: 33rd Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, April 23, 2009

- *Interpretation of Gunshot Wound and Sharp Force Injuries:* Department of Pathology, Wayne State University School of Medicine, Detroit, Michigan, April 7, 2008

- *Introduction to Forensic Pathology-Wound Pattern Recognition:* Basic Detective School, Oakland Police Academy, Auburn Hills, Michigan, March 27, 2009

- *Interpretation of Patterned Injuries:* Sexual Assault Nurse Examiner (SANE) Seminar, Mt. Clemens, Michigan, January 13, 2009

- *Rape-Homicide and Collection/Interpretation of Evidence:* 3rd Annual Medicolegal Investigation of Death Seminar, Las Vegas, Nevada, January 7, 2009

- *Interpretation of Injuries Caused by Firearms,* 3rd Annual Medicolegal Investigation of Death Seminar, Las Vegas, Nevada, January 7, 2009

- *Investigating Deaths in Childhood – From SIDS to Shaking:* 3rd Annual Medicolegal Investigation of Death Seminar, Las Vegas, Nevada, January 6, 2009

- *Forensic Pathology, Toxicology and Death Investigation:* Year II Pathology Course, Wayne State University School of Medicine, Detroit, Michigan, November 21, 2008

- *Insights into the Diagnosis of Cause of Death:* Innovations in Emergency Medicine (Beaumont Hospital), Beverly Hills, Michigan, October 24, 2008

- *Forensic Death Investigation:* Wayne State University Dept. of Fundamental and Applied Sciences, Detroit, Michigan, July 9, 2008

- *Investigation of Deaths in Childhood - From SIDS to Shaking*: 32nd Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, April 23, 2008

- *Rape/Homicide and Collection of Evidence:* 32nd Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, April 25, 2008

- *Interpretation of Gunshot Wound and Sharp Force Injuries:* Department of Pathology, Wayne State University School of Medicine, Detroit, Michigan, April 7, 2008

- *Investigation Drowning Deaths:* Continuing Education, Sterling Heights Fire Department, Sterling Heights, Michigan, March 11, 2008

- *A Day in the Life of a Forensic Pathologist:* American Academy of Forensic Sciences, Student Academy, 60th Anniversary Meeting, Washington DC, February 19, 2008

- *Recognizing Child Abuse: What Schools and Educators Need to Know:* Child Protection Law Workshop (Panel Discussion), Macomb Intermediate School District, Clinton Township, Michigan, February 8, 2008

- *Rape-Homicide and Collection/Interpretation of Evidence:* 2nd Annual Medicolegal Investigation of Death Seminar, Las Vegas, Nevada, December 7, 2007

- *Case Review in Drowning Deaths and Bodies Recovered from Water:* 2nd Annual Medicolegal Investigation of Death Seminar, Las Vegas, Nevada, December 6, 2007

- *Investigation of Deaths in Childhood: From SIDS to Shaking:* Pediatric Pathology Department, Children's Hospital of Michigan, Detroit, Michigan, November 30, 2007

- *Forensic Pathology, Toxicology and Death Investigation:* Year II Pathology Course, Wayne State University School of Medicine, Detroit, Michigan, November 16, 2007

- *Forensic Pathology for the Boards*: Osler Institute, Pathology Board Examination Review Course, Tampa, Florida, September 30, 2007

- *Wound Pattern Recognition: An Introduction to Forensic Pathology and Injury Analysis:* Wayne State University Dept. of Fundamental and Applied Sciences, Detroit, Michigan, July 18, 2007

- *Investigation and Analysis of Firearm Wounds:* 31st Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, April 27, 2007

- *Introduction to Forensic Pathology*: Department of Pathology, Wayne State University, Detroit, Michigan, January 26, 2007

- *Investigation of Deaths in Childhood: From SIDS to Shaking (Part 2)*: Pediatric Pathology Department, Children's Hospital of Michigan, Detroit, Michigan, December 15, 2006

- *Analysis of Gunshot Wounds – Wound Pattern Recognition:* 1st Annual Medicolegal Investigation of Death Seminar, Las Vegas, Nevada, November 30, 2006

- *Investigation of Drowning Deaths and Bodies Recovered from Water:* 1st Annual Medicolegal Investigation of Death Seminar, Las Vegas, Nevada, November 30, 2006

- *Investigation of Deaths in Childhood: From SIDS to Shaking (Part 1)*: Pediatric Pathology Department, Children's Hospital of Michigan, Detroit, Michigan, November 17, 2006

- *Injury Analysis and Wound Pattern Recognition:* Forensic Nurse Examiners Conference, Warren, Michigan, November 2, 2006

- *Forensic Pathology for the Boards*: Osler Institute, Pathology Board Examination Review Course, Tampa, Florida, October 1, 2006

- *Wound Pattern Recognition: An Introduction to Forensic Pathology and Injury Analysis:* Wayne State University, Department of Fundamental and Applied Sciences, Detroit, Michigan, June 27, 2006

- *Forensic Pathology for the Boards*: Osler Institute, Pathology Board Examination Review Course, Tampa, Florida, May 31, 2006

- *Analysis of Gunshot Wounds – Wound Pattern Recognition:* 30th Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, April 28, 2006

- *Wound Pattern Recognition and Analysis:* National Legal Aid and Defender Association: Life in the Balance, Philadelphia, Pennsylvania, March 5, 2006

- *Forensic Case Consultation – Panel Discussion:* National Legal Aid and Defender Association: Life in the Balance, Philadelphia, Pennsylvania, March 5, 2006

- *Evaluating Gunshot Wounds & Sharp Force Injuries*: National Legal Aid and Defender Association: Life in the Balance, Philadelphia, Pennsylvania, March 6, 2006

- *Wound Identification and Pattered Injuries*: Sexual Assault Nurse Examiner Conference, Macomb County Community College, January 18, 2006

- *Gunshot Wounds: What Do They Tell Us?* Georgia Public Defender Standards Council, Forensic Science Seminar, Atlanta, Georgia, November 9, 2005

- *Drowning and Bodies Recovered from Water; Solving the Puzzle:* Michigan Association of Medical Examiners, Annual Meeting, Mt. Pleasant, Michigan, October 30, 2005

- *Death Investigation and Wound Pattern Analysis:* Michigan Police Academy Detective Training, Oakland County Community College, October 27, 2005

- *Postmortem Changes: Recognizing Injury v. Artifact:* 12th Annual Medicolegal Death Investigation Conference, Collinsville, Illinois, August 17, 2005

- *Investigation of Drowning Deaths and Bodies Recovered from Water:* 12th Annual Medicolegal Death Investigation Conference, Collinsville, Illinois, August 17, 2005

- *Interpretation of Gunshot Wounds and Sharp Force Injuries.* 12th Annual Medicolegal Death Investigation Conference, Collinsville, Illinois, August 17, 2005

- *Wound Pattern Recognition: An Introduction to Injury Analysis:* Wayne State University Dept. of Fundamental and Applied Sciences, Detroit, Michigan, June 28, 2005

- *Child Abuse: Interpretation of Injuries and Distinction from Natural and Accidental Deaths:* Pediatric Sexual Assault Nurse Examiner Training Seminar, Fraser, Michigan, May 19, 2005

- *Analysis of Gunshot Wounds – Wound Pattern Recognition:* 29th Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, April 21, 2005

- *Investigation of Drowning Deaths and Bodies Recovered from Water:* 29th Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, April 20, 2005

- *Interpretation of Forensic Evidence:* National Legal Aid and Defender Association: Life in the Balance, New Orleans, Louisiana, March 20, 2005

- *Evaluating Gunshot Wounds & Sharp Force Injuries*: National Legal Aid and Defender Association: Life in the Balance, New Orleans, Louisiana, March 20, 2005

- *Forensic Case Consultation:* National Legal Aid and Defender Association: Life in the Balance, New Orleans, Louisiana, March 20, 2005

- *Forensic Case Analysis:* St. Clair County, Medical Examiner Scene Investigator Conference, Marysville, Michigan, February 22, 2005

- *Injury Analysis and Wound Pattern Recognition:* Forensic Nurse Examiners Conference, Warren, Michigan, January 17, 2005

- *Forensic Pathology for the Boards*: Osler Institute, Pathology Board Examination Review Course, Tampa, Florida, October 10, 2004

- *Interpretation of Gunshot and Shotgun Wounds:* St. Clair County Forensic Training Seminar, Marysville, Michigan, October 7, 2004

- *Thermal Injuries and Bodies Recovered From Water:* St. Clair County Forensic Training Seminar, Marysville, Michigan, October 7, 2004

- *Investigation of Deaths in Childhood:* St. Clair County Forensic Training Seminar, Marysville, Michigan, October 6, 2004

- *Forensic Pathology and Interpretation of Wound Patterns:* 11th Annual International Homicide Investigators Association, Clearwater, Florida, August 2, 2004

- *Forensic Pathology for the Boards*: Osler Institute, Pathology Board Examination Review Course, Tampa, Florida, June 6, 2004

- *Investigation of Drowning Deaths and Bodies Recovered from Water:* 28th Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, April 23, 2004

- *Drowning and Bodies In Water*: University of South Florida, Department of Pathology, Tampa, Florida, April 15, 2004

- *Interpretation of Blunt Trauma and Sharp Force Injuries*: 18th Annual Medicolegal Investigation of Death Seminar, Morgantown, West Virginia, March 27, 2004

- *Interpretation of Injuries due to Firearms*: 18th Annual Medicolegal Investigation of Death Seminar, Morgantown, West Virginia, March 27, 2004

- *Understanding the State's Pathology Witness*: National Legal Aid and Defender Association: Life in the Balance, Memphis, Tennessee, March 15, 2004

- *Evaluating Gunshot Wounds & Sharp Force Injuries*: National Legal Aid and Defender Association: Life in the Balance, Memphis, Tennessee, March 14, 2004

- *Forensic Evidence Collection and Interpretation: The Role of the Medical Examiner:* Tampa Bay Area Chiefs of Police, Annual Forensic Science Seminar, Tampa, Florida, March 5, 2004

- *Injury Pattern Recognition and Interpretation:* Death is Different, Florida Association of Criminal Defense Attorneys, 10th Annual Death Penalty Seminar, Palm Beach, Florida, February 21, 2004

- *Medicolegal Aspects of Death Investigation:* St. Petersburg College, Southeastern Public Safety Institute, St. Petersburg, Florida, October 22, 2003

- *Forensic Pathology and Death Investigation:* University of South Florida, Medical Student Colloquium, Tampa, Florida, October 16, 2003

- *Interpretation of Gunshot Wounds*: University of South Florida, Department of Pathology, Tampa, Florida, September 18, 2003

- *Forensic Pathology for the Boards*: Osler Institute, Pathology Board Examination Review Course, Tampa, Florida, May 25, 2003

- *Investigation of Drowning Deaths and Bodies Recovered from Water:* 27th Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, April 4, 2003

- *Interpretation of the Autopsy Report - Understanding the State's Pathology Witness*: National Legal Aid and Defender Association: Life in the Balance, Austin, Texas, March 18, 2003

- *Evaluating Gunshot Wounds and Sharp Force Injuries*: National Legal Aid and Defender Association: Life in the Balance, Austin, Texas, March 18, 2003
- *Drowning and Bodies In Water*: University of South Florida, Department of Pathology, Tampa, Florida, March 13, 2003

- *Gunshot Wound Evaluation*: University of South Florida, Department of Pathology, Tampa, Florida, October 10, 2002

- *Patterns of Injury in Trauma*: 6th Annual Trauma Symposium, Tampa, Florida, May 17, 2002

- *Introduction to Forensic Pathology*: National Defender Investigator Association, Portland, Oregon, April 18, 2002

- *Investigation of Drowning Deaths and Bodies Recovered from Water*: 26th Annual Medicolegal Investigation of Death Seminar, Detroit, Michigan, April 8, 20

## PEER REVIEWED SCIENTIFIC PUBICATIONS

### BOOKS

- Spitz WU, **Spitz DJ**. *Medicolegal Investigation of Death*, 4th Edition. Charles C. Thomas, Springfield, Illinois, 2006.

- Gattuso P. Reddy V, David O, **Spitz DJ**, Haber MH. *Differential Diagnosis in Surgical Pathology*, 2nd Edition. W.B. Saunders Company, New York, New York, 2010.

- Haber MH, Gattuso P, **Spitz DJ**, David O. *Differential Diagnosis in Surgical Pathology*. W.B. Saunders Company, New York, New York, 2002.

### BOOK CHAPTERS

- Diegel R, Henry T, **Spitz DJ**. Wound Identification and Documentation *in Atlas of Sexual Violence*. Elsevier, St. Louis, Missouri, 2013.

- **Spitz DJ**. Investigation of Bodies in Water *in Spitz and Fisher's Medicolegal Investigation of Death*, 4th Edition. Charles C. Thomas, Springfield, Illinois, 2006.

- Platt MS, **Spitz DJ**, Spitz WU. Investigation of Deaths in Childhood: The Abused Child and Adolescent *in Spitz and Fisher's Medicolegal Investigation of Death*, 4th Edition. Charles C. Thomas, Springfield, Illinois, 2006.
- Spitz WU, **Spitz DJ**. Investigation of Deaths in Childhood: Feticide and Neonaticide *in Spitz and Fisher's Medicolegal Investigation of Death*, 4th Edition. Charles C. Thomas, Springfield, Illinois, 2006.

- **Spitz DJ**. History and Development of Forensic Medicine and Pathology *in Spitz and Fisher's Medicolegal Investigation of Death*, 4th Edition. Charles C. Thomas, Springfield, Illinois, 2006.

- **Spitz DJ**. Identification of Human Remains *in Spitz and Fisher's Medicolegal Investigation of Death*, 4th Edition. Charles C. Thomas, Springfield, Illinois, 2006.

- **Spitz DJ**, Yocom J, Reddy VB. Heart, Pericardium and Blood Vessels *in Differential Diagnosis in Surgical Pathology*. W.B. Saunders Company, New York, New York, 2002.

- **Spitz DJ**, Gattuso P. Ureter, Urinary Bladder and Kidney *in Differential Diagnosis in Surgical Pathology*. W.B. Saunders Company, New York, New York, 2002.

- **Spitz DJ**, Cochran EJ. Central Nervous System in *Differential Diagnosis in Surgical Pathology*. W.B. Saunders Company, New York, New York, 2002.

- Pins MR, Betlej TM, Dysico G, **Spitz DJ**. Male Genitourinary System *in Differential Diagnosis in Surgical Pathology*. W.B. Saunders Company, New York, New York, 2002.

- **Spitz DJ**, Gattuso P. Breast *in Differential Diagnosis in Surgical Pathology*. W.B. Saunders Company, New York, New York, 2002.

- Kapur S, **Spitz DJ**, Reddy VB. Soft Tissue *in Differential Diagnosis in Surgical Pathology*. W.B. Saunders Company, New York, New York, 2002.

- **Spitz DJ**, Gattuso P. Adrenal Gland *in Differential Diagnosis in Surgical Pathology*. W.B. Saunders Company, New York, New York, 2002.

### ORIGINAL ARTICLES

- Mateju E, Duchanova S, Kovac P, Moravansky N, **Spitz DJ**. Fatal Case of Rapunzel Syndrome in Neglected Child. *Forensic Science International*, 190:5-7, July 2009.

- Kovac P, Moravansky N, **Spitz DJ**. Child Abuse and Neglect, Minimum for Primary Care Pediatrician. *Practical Pediatrics*, 1:49-51, January 2009.

- Duer WC, **Spitz DJ**, McFarland, S. Relationships between Concentrations of Cocaine Hydrolysates in Peripheral Blood, Heart Blood, Vitreous Humor and Urine. *Journal of Forensic Sciences*, (51)2:421-425, March 2006.

- **Spitz DJ**, Prator PC, Stratton JE, Labiste L, Augenstein JS, Mackinnon J, Phillips J, Singer M, Perdeck E. Neck and Cervical Spine Injuries Caused by Automatic Two-Point Shoulder Restraints: An Analysis of 4 Cases. *Journal of Forensic Sciences*, 50(1):159-163, January 2005.

- **Spitz DJ**, Ouban A. Meningitis Following Gunshot Wound of the Neck. *Journal of Forensic Sciences*, 48(6):1369-1370, November 2003.

- **Spitz DJ**. An Unusual Death in an Asthmatic. *The American Journal of Forensic Medicine and Pathology*, 24(3):271-2, September 2003.

- **Spitz DJ**, Adams VI. Medical Investigation of Pedestrian Deaths. *American Society of Clinical Pathologists, Forensic Pathology Check Sample*, Vol. 44, No. 2, ISSN-1056-5922, May 2002.

- **Spitz DJ**. Drowning and Near-Drowning: Pathophysiology Associated with Freshwater and Saltwater Environments. *American Society of Clinical Pathologists, Forensic Pathology Check Sample*, Vol. 43, No. 3, ISSN-1056-5922, October 2001.

- Hertz G, Reddy VB, Green L, **Spitz DJ**, Massarani-Wafai R, Selvaggi SM, Kluskens L, Gattuso P. Fine Needle Aspiration of Liver Masses: A Multicenter Study of 602 Radiologically Guided FNA. *Diagnostic Cytopathology*, 23(5):326-328, November 2000.

- Orucevic A, Reddy VB, Bakhos R, Selvaggi SM, Green L, **Spitz DJ**, Bitterman P, Gattuso P. Fine Needle Aspiration of Extranodal and Extramedullary Hematopoietic Malignancies. *Diagnostic Cytopathology*, 23(5):318-321, November 2000.

- Betlej TM, **Spitz DJ**, DeCresce RP, Webster RA, Geller J, Maturen A. Performance of the Nichols QuiCk Intraoperative Intact Parathyroid Hormone Assay in Clinical Practice. *Clinical Chemistry*, 46(6):469, July 2000.

- **Spitz DJ**, Reddy VB, Selvaggi SM, Kluskens L, Green L, Gattuso P. Fine Needle Aspiration of Scalp Lesions. *Diagnostic Cytopathology*, 23(1):35-38, July 2000.

- **Spitz DJ**, Reddy VB, Kluskens L, Cohen J, Gattuso P. Fine Needle Aspiration of Intra and Extraocular Masses. *Diagnostic Cytopathology*, 22(3):199-200, March 2000.

- Dowlat K, Fan M, Bloom KJ, **Spitz DJ**, Patel S, Snider H. Occult Metastasis in the Sentinel Lymph Nodes of Patients with Early Breast Carcinoma. *Cancer*, 86(6):990-996, September 1999.

- Gattuso P, Ramzy I, Truong LD, Lanksford KL, Green L, Kluskens L, **Spitz DJ**, Reddy VB. Utilization of Fine Needle Aspiration in the Diagnosis of Metastatic Tumors to the Kidney. *Diagnostic Cytopathology*, 21(1):35-38, July 1999.

- **Spitz DJ**, Maturen A, Cho BL, Webster RA, Betlej TM, DeCresce RP. Performance of the Abbott AxSYM Troponin I Assay and Comparison with CKMB in Clinical Practice. *Clinical Chemistry*, 45(6):501, June 1999.

- **Spitz DJ**, Reddy VB, Gattuso P. Fine Needle Aspiration of Pseudoangiomatous Stromal Hyperplasia of the Breast. *Diagnostic Cytopathology*, 20(5):323-324, May 1999.

- **Spitz DJ**, Reddy VB, Gattuso P. Congenital (Infantile) Myofibromatosis and the Approach to the Differential Diagnosis of Soft Tissue Tumors in Children. *American Society of Clinical Pathologists, Surgical Pathology Check Sample*, Vol. 27, No. 3, ISSN-1091 8655, May 1999.

- **Spitz DJ**. Unrecognized Fatal Liver Injury Caused by a Bicycle Handlebar. *American Journal of Emergency Medicine*, 17:3, 244, May 1999.

- **Spitz DJ**, Spitz WU. Killer Pop Machines. *Journal of Forensic Sciences*, 35(2):490-492, February 1990.

## ABSTRACTS

- Moravansky N, **Spitz DJ**, Kovac P, Garala P, Holla B. Child Abuse and Neglect Syndrome: Aspects of Forensic Investigation. *8th Annual Symposium on Forensic Sciences*, Samorin-Cilistov, Slovak Republic, September, 2007.

- Gavala P, Mlynar J. Novomesky F, Morovansky N, **Spitz DJ**, Kovac P, Juricek L. Digital Atlas of Forensic Medicine and Science. *47th Annual Conference of Forensic Medicine*. Modra-Harmonia, Slovak Republic, May 2007.

- Moravansky N, **Spitz DJ**, Kovac P, Garala P, Holla B. Child Abuse and Neglect Syndrome: Aspects of Forensic Investigation. *47th Annual Conference of Forensic Medicine*. Modra-Harmonia, Slovak Republic, May 2007.

- Bloom, KJ, Anderson J, Assad L, **Spitz DJ**, Fan M, Dowlat K. Complete Evaluation of Sentinel Lymph Nodes at 0.25 mm Intervals Utilizing H&E and Cytokeratin Immunohistochemistry. *United States and Canadian Academy of Pathology*, New Orleans, Louisiana, March 2001.

- Dowlat K, Witt TR, Bloom KJ, Fan M, **Spitz DJ**, Oleske D. Detection of Occult Micrometastases by 0.25 mm Sectioning and Cytokeratin Staining of Sentinel Nodes in Early Breast Cancer. *36th Annual American Society of Clinical Oncology*, New Orleans, Louisiana, May 2000.

- Orucevic A, Reddy VB, Bakhos R, Selvaggi SM, Green L, **Spitz DJ**, Bitterman P, Gattuso P. Fine Needle Aspiration of Extranodal and Extramedullary Hematopoietic Malignancies. *47th Annual Scientific Meeting of the American Society of Cytopathology*, Sacramento, California, November 1999.

- **Spitz DJ**, Reddy VB, Bahkos R, Kluskens L, Green L, Selvaggi SM, Gattuso P. Fine Needle Aspiration of Scalp Lesions. *47th Annual Scientific Meeting of the American Society of Cytopathology*, Sacramento, California, November 1999.

- Dowlat K, Fan M, Bloom KJ, **Spitz DJ**. Sentinel Node Biopsy is Superior to Axillary Node Dissection in Staging of Early Breast Cancer. *119th Annual American Surgical Association*, San Diego, California, April 1999.

- Dowlat K, Bloom KJ, Fan M, **Spitz DJ**. Sentinel Node Micrometastases in Early Breast Cancer. *21ˢᵗ Annual San Antonio Breast Cancer Symposium*, San Antonio, Texas, December 1998.

- **Spitz DJ**, Reddy VB, Kluskens L, Cohen J, Gattuso, P. Fine Needle Aspiration of Intra and Extraocular Masses. *American Society of Cytopathology*, Nashville, Tennessee, November 1998.

## PROFESSIONAL MEMBERSHIPS

- American Academy of Forensic Sciences, 2001 -
- National Association of Medical Examiners, 2001 -
- Michigan Association of Medical Examiners, 2004 -
- American Society of Clinical Pathologists, 2002 -
- College of American Pathologists, 1998 - 2005
- Florida Association of Medical Examiners, 2001 - 2005
- American Medical Association, 2001 - 2005
- Florida Medical Association, 2001 - 2004
- Hillsborough County Medical Association, 2001 - 2004
- Florida West Coast Association of Pathologists, 2002 - 2004