# CURRICULUM VITAE OF

# M.Sgt. WILLIAM E. DEAN
# USMC, Ret.

4095 Matthews Place
Fort Knox, KY 40121
(502)378-0418



PLAINTIFF'S EXHIBIT 6

## Professional Background

- 15 years: Military Police, US. Marine Corps
- 4 years: Policy Officer/Training Officer, Naval Post Graduate School, Monterrey, California
- 4 years: Police Officer, University of Northern Iowa, Cedar Falls, Iowa
- 4 years: Sheriff, Chickasaw County, New Hampton, Iowa
- 4 years: Police Officer, US Naval Base, Norfolk, Virginia

## Professional Training

- U.S. Army Advanced Police Academy
- California Post Academy
- Iowa Police Academy
- U.S. Navy Security Academy, Little Creek, Virginia.