IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| LARRY ZUBROD, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>SHAYNE HOCH, *et al.*,<br><br>Defendants. | No. C15-2065<br><br>ORDER GRANTING MOTION TO SEAL |

This matter comes before the Court on the Motion to Seal Plaintiffs' Resistance to Defendants' Motion in Limine to Exclude the Testimony of Daniel J. Spitz, M.D. (Document 49) and the Related Appendix (Document 49-1) Pursuant to the December 21, 2015 Protective Order (Unresisted) (docket number 69) filed by the Defendants on October 25, 2016. Defendants request the Court seal docket numbers 49 and 49-1. According to the motion, counsel for Plaintiffs "does not resist this request." The Court finds the motion should be granted.

### ORDER

**IT IS THEREFORE ORDERED** that the Motion to Seal (docket number 69) filed by Defendants is **GRANTED**. The Clerk of Court shall cause docket numbers 49 and 49-1 to be sealed.

DATED this 25th day of October, 2016.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA